# DISTRICT COURT OF THE UNITED STATES
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:21-cr-21-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| BELJICA BELEN RIVERA RIVERA, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Extension of Time to File Pe-trial Motions. (Doc. No. 39).

The motion is **GRANTED**. Defendant shall have an extension of 20 days to file pre-trial motions.

Signed: October 18, 2021

Max O. Cogburn Jr
United States District Judge